JS 44 (Rev. 08/18)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

Place an "X" in the appropriate box (required): ☐ Green Bay Division ☒ Milwaukee Division

## I. (a) PLAINTIFFS
Kriz, Nicole R.

### DEFENDANTS
United States of America
Blue Cross Blue Shield Federal Employee Program

(b) County of Residence of First Listed Plaintiff  Anchorage AK
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
See Attached

Attorneys *(If Known)*
See Attached

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question *(U.S. Government Not a Party)*
☒ 2 U.S. Government Defendant
☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☒ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| | | | | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application ☐ 465 Other Immigration Actions | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 550 Civil Rights ☐ 555 Prison Condition ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC sec. 2671
Brief description of cause:
FTCA for medical injuries sustained at Milwakee VA Clinics and Hospital

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 250,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE: 03/02/2020
SIGNATURE OF ATTORNEY OF RECORD
/s/ Jerome A. Hierseman

**FOR OFFICE USE ONLY**
RECEIPT # ____  AMOUNT ____  APPLYING IFP ____  JUDGE ____  MAG. JUDGE ____

ATTACHMENT TO CIVIL COVER SHEET

I.(c)  Attorneys
       Plaintiff:

       End, Hierseman & Crain, LLC
       Jerome A. Hierseman
       600 N. Broadway, Suite 300
       Milwaukee, WI  53202
       (414) 224-1221

       Defendants:

       United States of America
       Matthew D. Krueger
       517 E. Wisconsin Avenue
       Milwaukee, WI  53202
       (414) 297-3372

       Blue Cross Blue Shield Federal Employee Program
       Unknown

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

NICOLE R. KRIZ
8419 Jupiter Drive,
Anchorage, AK 99507

    Plaintiff,

v.

UNITED STATES OF AMERICA
c/o U.S. Attorney for Eastern District of Wisconsin
Matthew D. Krueger
517 E. Wisconsin Ave.
Milwaukee, WI 53202

BLUE CROSS BLUE SHIELD FEDERAL EMPLOYEE PROGRAM
PO Box 105557
Atlanta, GA 30348-5557

    Defendants.

Case No. 20CV

## COMPLAINT

NOW COMES the above-named Plaintiff, by her attorneys, End, Hierseman & Crain, LLC, and as and for a cause of action against the above-named Defendants, allege and show to the court as follows:

### PARTIES

1. The Plaintiff, Nicole R. Kriz is an adult citizen of the State of Alaska and resides at 8419 Jupiter Drive, Anchorage, Alaska 99507.

2. The Defendant, the United States of America, is the proper party to this action brought pursuant to the Federal Tort Claims Act, 28 U.S.C. § 2671, *et seq.* which at all times was acting through the Clement J. Zablocki VA Medical Center (hereinafter "VA") in Milwaukee, Wisconsin.

2

3. Blue Cross Blue Shield Federal Employee Program, is a government employee health benefit plan. Upon information and belief, the Blue Cross Blue Shield Federal Employee Program, and/or Anthem Blue Cross and Blue Shield – Wisconsin paid health claims on behalf of the plaintiff for medical care and services rendered as a result of the medical negligence, which is the subject of this case. Blue Cross Blue Shield Federal Employee Program and/or Anthem Blue Cross and Blue Shield – Wisconsin may be entitled to reimbursement for related paid claims if plaintiff recovers through settlement or judgment.

## JURISDICTION AND VENUE

4. The Plaintiff is informed and believes that, in this case, if the United States were a private person, liability would be imposed under the laws of the State of Wisconsin upon the practice, physicians, staff and other agents, servants, and employees charged with the responsibility for the medical care and treatment of Nicole R. Kriz, acting within the course and scope of their employment with the VA.

5. This Court has jurisdiction of this action pursuant to its Federal Question Jurisdiction as provided for by 28 U.S.C§§ 1331 and 1346, in that the action is brought pursuant to the Federal Tort Claims Act, 28 U.S.C. § 2761, *et seq.*, and the United States government is a defendant.

6. Venue is proper in this District and Division because a substantial part of the events or omissions giving rise to the claim occurred in this District and Division.

7.     On April 6, 2019, Plaintiff, Nicole R. Kriz timely served via hand delivery an Administrative Claim pursuant to 28 U.S.C. § 2675. This claim was denied on September 5, 2019.

## GENERAL FACTUAL ALLEGATIONS

8.     Nicole R. Kriz, who suffers from Actinic Keratosis, went to the VA on April 17, 2017 for photodynamic therapy to treat three areas of lesions. The therapy performed inappropriately was applied to the entire face of Nicole R. Kriz, resulting in a severe phototoxic reaction, burns, scarring and residual disfigurement.

## CAUSES OF ACTION
## FIRST CAUSE OF ACTION- NEGLIGENCE

9.     Re-allege and incorporate all of the allegations set forth in the previous paragraphs.

10.    That the Defendant, United States of America, through the VA and its employees, agents and/or apparent agents, rendered professional medical services, including but not limited to the period on or about April 17, 2017 and following; further, that said Defendant, by its employees, agents and/or apparent agents, failed to exercise ordinary care and medical skill in keeping with their profession and the area of the profession in which they specialized and in the manner in which their agents, employees and/or apparent agents, diagnosed, cared, treated and rendered medical services to Nicole R. Kriz.

11.    As a result of the causal negligence of the Defendant, by its agents, employees and/or apparent agents, Nicole R. Kriz has endured in the past and will continue to endure in

the future the following damages, including but not limited to: pain, suffering and disability; economic loss, including but not limited to, medical and hospital expenses and a loss of earning capacity all in an unspecified amount pursuant to Wisconsin Statute.

12. As a result of the causal negligence of the Defendant, by its agents, employees and/or apparent agents, the Defendant is directly liable to Nicole R. Kriz in an amount to be proven at trial.

## SECOND CAUSE OF ACTION- INFORMED CONSENT

13. Re-allege and incorporate all of the allegations set forth in the previous paragraphs.

14. That the Defendant, through its agents, employees and/or apparent agents, failed to properly inform, pursuant to Wis. Stat. § 448.30, and the common law of the State of Wisconsin, the Plaintiff that there were reasonable alternative treatments during and following the original procedure, and failed to advise of the benefits and risks of the treatments rendered.

15. As a result of the failure to provide appropriate informed consent by the Defendant, through its agents, employees and/or apparent agents, Nicole R. Kriz suffered injuries more fully set forth in paragraph 11.

16. As a result of the failure to provide appropriate informed consent, the Defendant is directly liable to Nicole R. Kriz.

WHEREFORE, the above Plaintiff, Nicole R. Kriz, demands judgment against the Defendant as follows:

1. For the plaintiff, in the amount of $250,000.00;

2. For a determination of the subrogation rights of Blue Cross Blue Shield Federal Employee Program and/or Anthem Blue Cross and Blue Shield - Wisconsin, if any.

3. For interest, together with the costs, disbursements and attorney fees of this action;

4. For any other remedy the court deems just and equitable under the circumstances.

Dated this 2nd day of March 2020.

END, HIERSEMAN & CRAIN, LLC
Attorneys for Plaintiff

/s/ Jerome Hierseman
JEROME A. HIERSEMAN
State Bar No. 1005140
600 N. Broadway Suite 300
Milwaukee, WI 53202
(414) 224-1221 Telephone
(414) 274-1737 Fax
jhierseman@ehclaw.com