UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

NICOLE R. KRIZ,

    Plaintiff,

v.

                                      Case No. 20-cv-0339-bhl

UNITED STATES OF AMERICA,
BLUE CROSS BLUE SHIELD,

    Defendants.

---

## ORDER

Based on the stipulation of the parties, **IT IS HEREBY ORDERED** that this action is dismissed, with prejudice, with each party paying its own costs and fees.

Dated at Milwaukee, Wisconsin on November 10, 2021.

                                        s/ *Brett H. Ludwig*
                                        BRETT H. LUDWIG
                                        United States District Judge